UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. § 3512 FOR ORDER FOR COMMISSIONER'S APPOINTMENT FOR INVESTIGATION OF MARKET MANIPULATION SCHEME | ) | 20-MC-2848 |

ORDER

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing David J. Lizmi, Assistant United States Attorney, Office of the United States Attorney (or substitute or successor subsequently designated by the Office of the United States Attorney), as a commissioner to execute the above-captioned request from the Portuguese Republic (the Request) to collect evidence for use in a criminal investigation, prosecution, or proceeding in Portugal, and any subsequent supplemental requests, and the Court having fully considered this matter,

IT IS THEREFORE ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that David J. Lizmi (or a substitute or successor designated by the Office of the United States Attorney) is appointed as a commissioner of this Court (the commissioner) and is directed to execute the Request and any subsequent, supplemental requests made by the Portuguese Republic in connection with the above-captioned investigation and prosecution and to take such steps as are necessary to collect the evidence requested in this or any subsequent, supplemental requests in connection with the same criminal matter. In doing so, the commissioner:

1. may issue commissioner's subpoenas to be served at any place within the United

States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Portugal for which the Public Prosecutor's Office in Lisbon, Portugal, has requested assistance, which may be specified in the Request or subsequent requests in this matter or provided by, or with the approval of, the Portuguese Prosecutor General's Office;

3. may, in collecting the evidence requested, be assisted by persons whose presence or participation is authorized by the commissioner, including, without limitation, individuals employed by U.S. law enforcement agencies and/or representatives of Portugal who, as authorized or directed by the commissioner, may direct questions to any witness;

4. may seek such further orders of this Court as may be necessary to execute this Request, or subsequent requests in this matter including orders to show cause why persons served with commissioner's subpoenas who fail to appear and/or produce evidence should not be held in contempt;

5. shall transmit the evidence collected to Portugal.

Date: November 25, 2020

UNITED STATES MAGISTRATE JUDGE
THE HONORABLE PEGGY KUO